IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

UNITED STATES OF AMERICA,

  Plaintiff,

    v.

LUIS SANCHEZ
also known as
El Vecino,

  Defendant.

CRIMINAL FILE NO.
NO. 4:19-CR-29-2-TWT

## ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 42] of the Magistrate Judge recommending denying the Defendant's Motion to Suppress Identification [Doc. 27]. No objections to the Report and Recommendation have been filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Suppress Identification [Doc. 27] is DENIED.

SO ORDERED, this 1 day of April, 2020.

        /s/Thomas W. Thrash
        THOMAS W. THRASH, JR.
        United States District Judge